## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**TYRONE HURT,**

           **Plaintiff,**

**v.**                                                    **Case No:  6:13-cv-38-Orl-36DAB**

**GEORGE ZIMMERMAN and THE**
**STATE OF FLORIDA LEGISLATIVE**
**BODY,**

           **Defendants.**
_____

## <u>ORDER</u>

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on January 10, 2013 (Doc. 3).  In the Report and Recommendation, the Magistrate Judge recommends that *pro se* Plaintiff Tyrone Hurt's ("Plaintiff") Motion for leave to proceed *in forma pauperis* ("Motion") (Doc. 2) be denied and Plaintiff's Complaint (Doc. 1) be dismissed as frivolous and for lack of subject matter jurisdiction, failure to demonstrate standing, and failure to properly state a claim upon which relief can be granted.  *See* Doc. 3.  No party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that Plaintiff's Motion should be denied and the Complaint should be dismissed because the Complaint is frivolous, fails to allege a sufficient basis for the exercise of this Court's subject matter jurisdiction, fails to demonstrate that Plaintiff has standing to bring the action, and fails to properly state a claim upon which relief

can be granted.[1]  *See* 28 U.S.C. § 1915(e)(2) (in proceedings *in forma pauperis*, the court shall dismiss the case if, among other things, the case is frivolous or fails to state a claim upon which relief may be granted).  However, based on the fact that Plaintiff is proceeding *pro se*, the Court agrees that Plaintiff should be given an opportunity to file an Amended Complaint.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.  Plaintiff is granted leave to file a **legible** Amended Complaint, accompanied by either payment of the filing fee or a completed **legible** application for leave to proceed *in forma pauperis*, within **FOURTEEN (14) DAYS** from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on January 28, 2013.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

---

[1] The Court also agrees with the Magistrate Judge that the Motion and the Complaint are largely illegible.

Copies furnished to:

Counsel of Record
Unrepresented Parties